DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:    (415) 554-4633
Facsimile:    (415) 554-4699
E-Mail:       christine.van.aken@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO MAYOR EDWIN LEE, and
SAN FRANCISCO POLICE CHIEF GREG SUHR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, LARRY BARSETTI, RAINERIO GRANADOS, ARTHUR RITCHIE, and RANDALL LOW,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, EDWIN LEE in his official capacity, THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his official capacity, and DOES 1-10,<br><br>    Defendants. | Case No. CV 13-5351 WHA<br><br>***CORRECTED* STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>[Local Rule 6-2]<br><br>Date Action Filed:    Nov. 19, 2013<br>Trial Date:           None Set |

WHEREAS, Plaintiffs San Francisco Veteran Police Officers Association, Larry Barsetti, Rainerio Granados, Arthur Ritchie, and Randall Low have filed this action challenging the constitutionality of San Francisco Police Code § 619(c);

WHEREAS, Police Code § 619(c) became effective on December 8, 2013, and presently requires all persons in lawful possession of large-capacity magazines within the City and County of

San Francisco, who are not subject to any exceptions set out in Police Code § 619(d), to sell, transfer, or remove their large-capacity magazines from San Francisco on or before March 8, 2013;

WHEREAS, the City and County of San Francisco, through the San Francisco Police Department, has agreed to defer the enforcement date of Police Code § 619(c) by 30 days, such that the time to sell, transfer, or remove large-capacity magazines from San Francisco shall be on or before April 7, 2013, and will inform officers of this enforcement date by bulletin to be issued prior to April 7, 2013; and

WHEREAS, to enable the parties to provide better briefing to assist the Court in resolving Plaintiffs' motion for preliminary injunction, the parties have agreed to extend the time for Defendants the City and County of San Francisco, San Francisco Mayor Edwin Lee, and San Francisco Chief of Police Greg Suhr to respond to the Complaint, and further request that the Court enter an order setting the following briefing schedule for Plaintiffs' motion for preliminary injunction pursuant to Local Civil Rule 6-2:

1. Plaintiffs shall file their motion for preliminary injunction no later than December 27, 2013.

2. Defendants shall file their brief in opposition to the preliminary injunction motion no later than January 16, 2014;

3. Plaintiffs shall file any reply brief in support of their motion for preliminary injunction no later than January 30, 2014;

4. Plaintiffs shall set the hearing date on their motion for preliminary injunction for February 13, 2014; and

5. Defendants shall respond to the Complaint no later than January 15, 2014.

IT IS SO STIPULATED.

Dated: December 11, 2013                By:   *s/Clinton B. Monfort
                                              Clinton B. Monfort
                                              Attorneys for Plaintiffs

Dated: December 11, 2013            By:     s/Christine Van Aken
                                                Christine Van Aken
                                            Attorney for Defendants

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE