DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4633
Facsimile:      (415) 554-4699
E-Mail:          christine.van.aken@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO MAYOR EDWIN LEE, and
SAN FRANCISCO POLICE CHIEF GREG SUHR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, LARRY BARSETTI, RAINERIO GRANADOS, ARTHUR RITCHIE, and RANDALL LOW,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, EDWIN LEE in his official capacity, THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his official capacity, and DOES 1-10,<br><br>Defendants. | Case No. CV 13-5351 WHA<br><br>***CORRECTED* DECLARATION OF CHRISTINE VAN AKEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-2]**<br><br>Date Action Filed:     Nov. 19, 2013<br>Trial Date:                 None Set |

I, Christine Van Aken, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco and have been assigned to represent defendants City and County of San Francisco, the San Francisco Mayor Edwin Lee, and the San Francisco Chief of Police Greg Suhr in this action. The matters within this

1 declaration are true of my personal knowledge or, where stated otherwise, upon information and belief.

2. The City and County of San Francisco, through the San Francisco Police Department, have agreed to extend the date of enforcement of San Francisco Police Code § 619(c) by 30 days, such that the time to sell, transfer, or remove large-capacity magazines from San Francisco shall be on or before April 7, 2014. Based on information I have received from the San Francisco Police Department, I am informed and believe that San Francisco Police Department command staff will inform officers of this enforcement date by bulletin to be issued prior to April 7, 2014.

3. The parties to this case are submitting a stipulated request for an order modifying the briefing schedule on Plaintiffs' motion for preliminary injunction, which I am informed and believe Plaintiffs intend to file shortly. Pursuant to the stipulated request, Plaintiffs will file their motion on or before December 27, 2013. Defendants will file their opposition on or before January 16, 2014. Plaintiffs will file any reply brief on or before January 30, 2014. Plaintiffs will notice the hearing date on their motion for preliminary injunction for February 13, 2014.

4. The parties have further stipulated that Defendants' time to respond to the complaint will be extended to January 15, 2014.

5. This request is made for good cause to enable the parties to provide better briefing to assist the Court in resolving this Motion and in light of the end-of-year holiday schedules of counsel for the parties. The parties stipulate to this request.

6. There are no previous modifications of time in this case. I believe that because this case is in its early stages and because no trial or pretrial deadlines have been set in this case, this proposed modification will have no material impact on the time to complete this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of December, 2013, at San Francisco, California.

                                              s/Christine Van Aken
                                              Christine Van Aken