IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VETERAN POLICE
OFFICERS ASSOCIATION, *et al.*

    Plaintiffs,

v.

THE CITY AND COUNTY OF SAN
FRANCISCO, *et al.*

    Defendants.

No. C 13-05351 WHA

**ORDER RE AMICUS BRIEF**

Non-party Pink Pistols moves to file an amicus brief in support of the pending motion for preliminary injunction. The motion to file an amicus brief, however, was served on defendants on January 14, 2014. Defendants' opposition to the motion for preliminary injunction is due on January 16, 2014 (Dkt. No. 11). It would be unfair to saddle defendants with the additional burden of responding to the amicus brief in two days.

Thus, the motion for leave to file an amicus brief is **DENIED**. Movant has no one to blame but itself for filing its motion so late. Defendants do not need to respond to the arguments raised in the amicus brief.

**IT IS SO ORDERED.**

Dated: January 15, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE