1  C. D. Michel - S.B.N. 144258
   Clinton B. Monfort - S.B.N. 255609
2  Sean A. Brady - S.B.N. 262007
   Anna M. Barvir - S.B.N. 268728
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile: (562) 216-4445
   Email: cmichel@michellawyers.com
6

7  Attorneys for Plaintiffs

8  **IN THE UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 SAN FRANCISCO VETERAN POLICE         )   **CASE NO: 13-CV-5351 WA**
   OFFICERS ASSOCIATION, LARRY          )
12 BARSETTI, RAINERIO GRANADOS,         )   **[*PROPOSED*] ORDER GRANTING**
   ARTHUR RITCHIE, and RANDALL LOW,)        **PLAINTIFFS' ADMINISTRATIVE**
13                                      )   **MOTION FOR ORAL ARGUMENT ON**
                  Plaintiffs,           )   **PLAINTIFFS' MOTION FOR**
14                                      )   **PRELIMINARY INJUNCTION**
         v.                             )
15                                      )
   THE CITY AND COUNTY OF SAN           )
16 FRANCISCO, THE MAYOR OF SAN          )
   FRANCISCO, EDWIN LEE, in his official)
17 capacity, THE CHIEF OF THE SAN       )
   FRANCISCO POLICE DEPARTMENT,         )
18 GREG SUHR, in his official capacity, and)
   DOES 1-10,                           )
19                                      )
                  Defendants.           )
20 _____)

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER TO MOTION FOR ORAL ARGUMENT 13-CV-5351 WA

1 | Upon consideration of Plaintiffs' Administrative Motion for Oral Argument on Plaintiffs'
2 Motion for Preliminary Injunction, the Declaration of Anna M. Barvir, the record to date in this
3 matter, any opposition thereto, and for good cause shown; it is hereby **ORDERED** that the
4 Plaintiffs' Administrative Motion for Oral Argument on Plaintiffs' Motion for Preliminary
5 Injunction is GRANTED.

6 _____
7 _____
8 _____

9 IT IS SO ORDERED.

10   Dated: _____

                                    _____
                                    Honorable Judge William Alsup
13                                  United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, LARRY BARSETTI, RAINERIO GRANADOS, ARTHUR RITCHIE, and RANDALL LOW,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, EDWIN LEE, in his official capacity, THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his official capacity, and DOES 1-10,<br><br>Defendants. | **CASE NO: 13-CV-5351 WA**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**[*PROPOSED*] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Wayne Snodgrass, Deputy City Attorney
Christine Van Aken, Deputy City Attorney
Office of the City Attorney
1 Drive Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2014.

                                                    /s/ C. D. Michel
                                                    C. D. Michel
                                                    Attorney for Plaintiffs