**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, LARRY BARSETTI, RAINERIO GRANADOS, ARTHUR RITCHIE, and RANDALL LOW,

    Plaintiffs,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, EDWIN LEE in his official capacity, THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his official capacity, and DOES 1-10,

    Defendants.

No. C 13-05351 WHA

**ORDER RE MOTION HEARING ON FEBRUARY 11**

At the hearing, both sides must be prepared to discuss the following items:

1. Specific instances in which a homeowner has fired ten or more shots at home intruders.

2. The extent to which magazines able to hold ten or more bullets are possessed by:

    (i) Drug dealers and criminals,

    (ii) law enforcement personnel (active or retired), and

    (iii) others, including home owners.

The parties should bring with them any supporting materials and evidence.

**IT IS SO ORDERED.**

Dated: February 10, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE