**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 11, 2014      Total Hearing Time: 46 minutes

Case No. C13-005351 WHA

Title: SAN FRANCISCO VETERAN POLICE v. CITY OF COUNTY OF SAN FRANCISCO

Plaintiff Attorney(s): Clint Monfort; Anna Barvir

Defense Attorney(s): Christine Van Aken

Deputy Clerk: Dawn Toland      Court Reporter: Margo Gurule

**PROCEEDINGS**

1) Motion for Preliminary - HELD

2) 

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**