IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, LARRY BARSETTI, RAINERIO GRANADOS, ARTHUR RITCHIE, and RANDALL LOW,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, EDWIN LEE in his official capacity, THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his official capacity, and DOES 1-10,<br><br>Defendants. | No. C 13-05351 WHA<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON RECENT PERUTA DECISION** |

Today, our court of appeals filed a decision in *Peruta v. County of San Diego*, an action involving a Second Amendment claim. Both sides are hereby **ORDERED TO SUBMIT A FIVE-PAGE BRIEF** on the impact of *Peruta*, if any, on this action by **NOON ON FEBRUARY 17.**

**IT IS SO ORDERED.**

Dated: February 13, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE