IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VETERAN POLICE
OFFICERS ASSOCIATION, LARRY
BARSETTI, RAINERO GRANADOS,
ARTHUR RITCHIE, and RANDALL LOW,

        Plaintiffs,

  v.

THE CITY AND COUNTY OF SAN
FRANCISCO, THE MAYOR OF SAN
FRANCISCO, EDWIN LEE, in his official
capacity, THE CHIEF OF THE SAN
FRANCISCO POLICE DEPARTMENT,
GREG SUHR, in his official capacity, and
DOES 1–10,

        Defendants.

No. C 13-05351 WHA

**ORDER RE STIPULATION
OF DISMISSAL**

The Court has received the parties' stipulation of voluntary dismissal without prejudice.

Since it purports to be a stipulation under Rule 41(a)(1), Court approval is unnecessary and,

therefore, the Court declines to sign the proposed order.  In light of the stipulation of dismissal,

the Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated:  March 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California