IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO VETERAN POLICE OFFICERS ASSOCIATION, LARRY BARSETTI, RAINERO GRANADOS, ARTHUR RITCHIE, and RANDALL LOW,<br><br>          Plaintiffs,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE MAYOR OF SAN FRANCISCO, EDWIN LEE, in his official capacity, THE CHIEF OF THE SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his official capacity, and DOES 1–10,<br><br>          Defendants.<br>_____ / | No. C 13-05351 WHA<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

The Court has received the parties' stipulation of voluntary dismissal without prejudice. Since it purports to be a stipulation under Rule 41(a)(1), Court approval is unnecessary and, therefore, the Court declines to sign the proposed order. In light of the stipulation of dismissal, the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE